AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

NICHOLAS ZACCARO

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-M-0528-RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 2004 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally distributed, and possessed with the intent to distribute, oxycodone, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1).

I further state that I am a(n) Special Agent and that this complaint is based on the following
                                 Official Title
facts:

See Affidavit of DEA Special Agent Brian Tomasetta, attached hereto, and incorporated by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_Brian Tomasetta_
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-23-2004  at 12:20 pm  at  Boston, MA
Date                                                City and State

Hon. Robert B. Collings
United States Magistrate Judge
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms Inc.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210