AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

U.S. of America
v.
Nicholas Zaccaro

**APPEARANCE**

Case Number: 04 - M  RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Nicholas Zaccaro

I certify that I am admitted to practice in this court.  ✓

Nov 24, 2004
Date

11/24/04
Noreen Russo

_(signature)_
Signature

JACK M. ATWOOD    023620
Print Name                            Bar Number

177 SANDWICH ST
Address

Plymouth    MA    02360
City            State        Zip Code

508-747-1414    508-747-3695
Phone Number                    Fax Number