AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| Nicholas Zaccaro | CASE NUMBER: 2004-M-0528-RBC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Nicholas Zaccaro___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally distributed, and possessed with intent to distribute, oxycodone, a schedule II controlled substance

in violation of
Title ___21___ United States Code, Section(s) ___841(a)(1)___

| Hon. Robert B. Collings | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 11-23-2004   Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 NOV 23 P 2:28

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY __DEA__
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.